UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| LIGAYA L. JANKOWSKI, by MICHAEL T. JANKOWSKI, under Power of Attorney,<br><br>      Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>      Defendant. | Case No. 2:20-cv-530 |

## NOTICE OF SETTLEMENT

The United States hereby advises the Court that the parties have reached an agreement to settle this action brought pursuant to the Federal Tort Claims Act ("FTCA"), 28 U.S.C. § 2671 *et seq.*, subject to final approval of the agreement by the Assistant Attorney General.

The following additional information is provided for the Court's benefit:

1.    The settlement amount agreed to by the parties exceeds the authority of the U.S. Attorney. By regulation, this agreement must be approved by the Assistant Attorney General before it can be final. 28 C.F.R. § 0.161.

2.    The Stipulation entered into by the parties will require, among other things, that Plaintiff obtain approval of the settlement by a court of competent jurisdiction as a condition of the Stipulation. Plaintiff's counsel has advised that they intend to seek approval in this Court and will contact the Court to schedule a settlement approval hearing.

3. When such approval has been obtained, pursuant to Department of Justice Policy the matter will be referred to the appropriate decision maker at the Department (the Assistant Attorney General) by the Civil Division's Tort Branch for a final decision.

4. The parties have conferred and respectfully request that the trial in this matter set to begin January 25, 2022 be removed from this Court's trial docket, pending the final approval and payment of the settlement proceeds by the United States, and that the Court stay the deadlines set forth in its prior Scheduling Orders (ECF Nos. 10 &11).

Respectfully submitted,

UNITED STATES OF AMERICA

RAJ PAREKH
Acting United States Attorney

By:     /s/
Sean D. Jansen, Assistant U.S. Attorney
Virginia State Bar No. 82252
Kent P. Porter, Assistant U.S. Attorney
Virginia State Bar No. 22853
Counsel for the United States of America
Office of the United States Attorney
101 West Main Street, Suite 8000
Norfolk, VA 23510-1671
Phone: (757) 441-6331
Fax: (757) 441-6689
Email: sean.jansen@usdoj.gov
Email: kent.porter@usdoj.gov