**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

| | |
|---|---|
| **LIGAYA L. JANKOWSKI, by MICHAEL T. JANKOWSKI, under Power of Attorney,**<br><br>   **Plaintiff,**<br><br> **v.**<br><br>**UNITED STATES OF AMERICA,**<br><br>   **Defendant.** | **Case No. 2:20-cv-530** |

## NOTICE OF SETTLEMENT

On September 15, 2021, the Court approved the settlement of this matter between Plaintiff and the United States of America, subject to final approval of the Settlement by the Assistant Attorney General of the Department of Justice and other conditions set forth in the Order and the Settlement Agreement. *See* ECF No. 20.

The United States hereby provides notice that such approval has been obtained, the Settlement Agreement executed on behalf of the United States and all other conditions of the settlement have been met. Accordingly, this matter should be dismissed with prejudice, with each party bearing their own costs and fees and with the Court explicitly not retaining jurisdiction over the United States or settlement.

An agreed dismissal order is attached hereto as Exhibit 1.

1

Respectfully submitted,

JESSICA D. ABER
United States Attorney

BY:      /s/ Sean D. Jansen
Sean D. Jansen, AUSA
Kent P. Porter, AUSA
Office of the United States Attorney
101 West Main Street, Suite 8000
Norfolk, VA 23510-1671
Phone: (757) 441-6331
Fax: (757) 441-6689
Email: sean.jansen@usdoj.gov
Email: kent.porter@usdoj.gov
*Counsel for the United States of America*